# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Samuel R. Jackson,

       Plaintiff,                        JUDGMENT IN A CIVIL CASE

vs.                                           3:10-cv-107

H. Poplin, Programmer;
S. Hovermale, Kitchen Supervisor;
Sgt. R. Nicholson; and
Sgt. D. Lentz,

       Defendants.


DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 12, 2010 Order.

                                              Signed: March 12, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court